FILED

2022 FEB 11 AM 9: 21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER | 22MJ00563 |
|---|---|---|
| PLAINTIFF(S) | 1:21-CR-00184 DAD-BAM | |
| v. | | |
| CECELIA ALLEN aka "CeCe" and "Cee Cee" | DECLARATION RE OUT-OF-DISTRICT WARRANT | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: Philip A. Talbert (Acting US Attorney)
in the Eastern District of California on 12/16/2021
at 6:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 6/2020-12/2020
in violation of Title 18 / 28 U.S.C., Section(s) 1349, 1028A(a)(1), 981(a)(1)(C) / 2461(C)
to wit: Conspiracy to commit mail fraud, Aggravated identify theft and aiding & abetting, Criminal forfeiture

A warrant for defendant's arrest was issued by: Barbara McAuliffe, Magistrate Judge

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Indictment, arrest warrant

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     2/11/22
                Date

_____          Andrew L. Harris
Signature of Agent                 Print Name of Agent

Federal Bureau of Investigation    Special Agent
Agency                             Title

---

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT