Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2022 FEB 11 AM 9:21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
PLAINTIFF

CECELA ALLEN aka "CeCe" and "Cee Cee"
USMS# _____
DEFENDANT

CASE NUMBER: 22MJ00563

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on February 11, 2022 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the n/a District of n/a on n/a at n/a ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1349; 18 USC 1028(a)(1); 18 USC 981 (a)(1)(C); 28 USC 2461(C)

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Andrew L Harris  (please print)

12. Office Phone Number: 703-719-1169

13. Agency: FBI

14. Signature: _____

15. Date: February 11, 2022

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION